# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHEILA HAYDEN

VERSUS

ALL MY SONS MOVING & STORAGE
OF BATON ROUGE, LLC

NO.  2024 CW 1054

**JANUARY 29, 2025**

---

In Re:    All My Sons Moving and Storage of Baton Rouge, LLC,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 717526.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

   **WRIT NOT CONSIDERED.** This writ application failed to comply with Rule 4-5(C)(6), (7), (10) and (11) of the Uniform Rules of Louisiana Courts of Appeal, as it failed to include a copy of the judgment, order, or ruling complained of, a copy of the judge's reasons for judgment, order, or ruling (if written), a copy of pertinent court minutes, and a copy of the signed return date order. In addition, this court requires a copy of any evidence admitted at the hearing and the transcript of the pertinent hearing.

   Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

   In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein and documentation to show that the original writ application was timely, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before February 28, 2025, and must contain a copy of this ruling.

                              **EW**
                              **SMM**
                              **HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT